UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Macon Electric Cooperative, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:18cv2048 UNA |
| Kenneth L. Wooldridge, et al., | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on December 7, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 2:18cv00109.

**IT IS FURTHER ORDERED** that cause number 4:18cv2048 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 10, 2018         By: /s/ Michele Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18cv00109 JMB.**