UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MACON ELEC. COOP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:18 CV 109 CDP |
| ) | |
| KENNETH WOOLDRIDGE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Given the extensive dispositive and pretrial motions that have been filed in this case, as well as the continuing scheduling difficulties caused by the pandemic,

**IT IS HEREBY ORDERED** that **this case is removed from the May 17, 2021 trial docket and will be reset for trial by telephone conference, if necessary, following the Court's ruling on pending motions.**

**IT IS FURTHER ORDERED** that the parties' obligation to file pretrial submissions is vacated pending further Order of the Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2021.