UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MACON ELECTRIC COOPERATIVE, et al., ) ) ) Plaintiffs, ) ) v. ) ) KENNETH L. WOOLDRIDGE et al., ) ) Defendants. ) | Case No. 2:18 CV 109 CDP |

## MEMORANDUM AND ORDER

In light of the settlement of this matter (Docs. 132, 134, 136) and upon the suggestion of death filed as to plaintiff Larue Baker (Doc. 136),

**IT IS HEREBY ORDERED** that the motion to substitute party [137] is granted, and Virginia Baker is substituted as plaintiff for decedent Larue Baker.

**IT IS FURTHER ORDERED** that the parties are excused from compliance with the Memorandum and Order dated April 21, 2021 [131] and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within ninety (90) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2021.